UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SASON LEE WOODBERRY,        ) | |
|                                            **Plaintiff,**    ) | |
| v.                                                                     ) | Case No. CIV-25-322-R |
| FNU WORTHINGTON, et al.,                ) | |
|                                         **Defendants.**    ) | |

## **ORDER**

     This matter is before the Court for review of the Report and Recommendation [Doc. No. 15] issued by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Erwin recommends that Plaintiff's Complaint be dismissed upon screening.

     The case file shows no timely objection to the Report nor request for an extension of time, even though Plaintiff was expressly informed of his right to object, the procedure for doing so, and the consequences of failing to object. Therefore, the Court finds that Plaintiff has waived further review of all issues addressed in the Report.

     The Report and Recommendation is ADOPTED and, for the reasons set forth therein, Plaintiff's Motions to Proceed In Forma Pauperis [Doc Nos. 6 and 8] are denied as moot and this action is dismissed without prejudice.

IT IS SO ORDERED this 10th day of July, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE